an unacceptably broad reading of the regulation," and that such a defect can be noticed by this Court even though no objection was made to the instruction in the trial court. Fed. Rules Crim. Proc. 30, 52 (b).

I agree. Accordingly, I would grant the writ and reverse the judgment of conviction.

No. 1519, Misc. BECTON *v.* WILLINGHAM, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 1524, Misc. ESTRADA *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Leon B. Polsky* for petitioner.

No. 1525, Misc. ELDER *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. *Reuben A. Garland* for petitioner.

No. 1530, Misc. HOLMES *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1534, Misc. BLYTHER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1542, Misc. NOLTIMIER *v.* NOLTIMIER. Sup. Ct. Minn. Certiorari denied.

No. 1551, Misc. WILLIAMS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 1552, Misc. ROBINSON *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1553, Misc. JORDAN *v.* VIRGINIA. C. A. 4th Cir. Certiorari denied.